

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
05/28/2013

| | | |
|---|---|---|
| IN RE: | § | |
| CANYON PORT HOLDINGS, LLC; fka | § | CASE NO: 12-20314 |
| CANYON SUPPLY & LOGISTICS, LLC | § | |
| | § | |
| CANYON SUPPLY & LOGISTICS, LLC | § | CASE NO: 12-20484 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | | CHAPTER  11 |

### MEMORANDUM OPINION REGARDING SECOND INTERIM APPLICATION OF JORDAN, HYDENWOMBLE, CULBRETH & HOLZER, P.C. FOR APPROVAL OF ATTORNEY'S FEESAND EXPENSES INCURRED AS DEBTORS' COUNSEL
(docket # 256)

On this day came on for consideration the Second Interim Application for Approval of Attorney's Fees and Expenses Incurred as Debtors' Counsel filed by Jordan, Hyden, Womble, Culbreth & Holzer, P.C. in the above-referenced bankruptcy (the "Fee Application"). The Court having heard the arguments of counsel, including the objection of the Official Committee of Unsecured Creditors, finds that all fees and expenses were reasonable and necessary and should be approved. The Court further finds, however, that any fees or expenses incurred in anticipation of or in the course of preparation and prosecution of the McDermott litigation should not be paid from funds derived from the settlement with the Port of Corpus Christi because the Debtors have not proposed that general unsecured creditors benefit from any return from the litigation filed against McDermott. Accordingly, the Court finds that while such fees are approved, they may not be paid until further order of this Court.

It is therefore ORDERED that Counsel for the Debtors submit a proposed order in conformance with this Memorandum Opinion detailing the breakdown of fees and expenses payable and those attributable to the McDermott litigation.

SIGNED 05/28/2013.

_____
Richard S. Schmidt
United States Bankruptcy Judge